# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Taryn Ashley Dorchak<br>Justin Lloyd Dorchak<br>**Debtor(s)** | BK NO. 19-24094 GLT<br><br>Chapter 7 |
| **MIDFIRST BANK**<br>**Movant**<br>vs.<br>Taryn Ashley Dorchak<br>Justin Lloyd Dorchak<br>**Debtor(s)**<br><br>Pamela J. Wilson Esq.,<br>Trustee | |

## CERTIFICATE OF SERVICE OF
## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 18, 2019, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Taryn Ashley Dorchak
97 Highland Avenue
West Alexander, PA 15376

Justin Lloyd Dorchak
97 Highland Avenue
West Alexander, PA 15376

Attorney for Debtor(s)
David A. Rice, Esq.
15 West Beau Street (VIA ECF)
Washington, PA 15301

Trustee
Pamela J. Wilson Esq.
810 Vermont Avenue (VIA ECF)
Pittsburgh, PA 15324

Method of Service:  electronic means or first class mail

Dated: December 18, 2019

**/s/James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
Attorney I.D. No. 42524
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
jwarmbrodt@kmllawgroup.com