| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Justin Lloyd Dorchak** | Social Security number or ITIN | **xxx–xx–5203** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Taryn Ashley Dorchak** | Social Security number or ITIN | **xxx–xx–8714** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA** | | | |
| Case number:   **19–24094–GLT** | | | |

# Order of Discharge                                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Justin Lloyd Dorchak                                              Taryn Ashley Dorchak

1/22/20                                                                       **By the court:**   Gregory L. Taddonio
                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 19-24094-GLT
Justin Lloyd Dorchak                                                Chapter 7
Taryn Ashley Dorchak
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2           User: culy              Page 1 of 2              Date Rcvd: Jan 22, 2020
                               Form ID: 318            Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2020.
```
db/jdb         +Justin Lloyd Dorchak,    Taryn Ashley Dorchak,    97 Highland Avenue,
                 West Alexander, PA 15376-2206
15143083       +Caine & Weiner / Progressive Insurance,    Attn: Bankruptcy,    5805 Sepulveda Blvd,
                 Sherman Oaks, CA 91411-2546
15143085       +Collection Service / Wash Family Medicin,    Attn: Bankruptcy,    839 5th Ave.,
                 New Kensington, PA 15068-6303
15143086       +Collection Service Center / CCP Express,    Attn: Bankruptcy,    839 5th Ave.,
                 New Kensington, PA 15068-6303
15143087       +Commonwealth Financial / ER Physc of Was,    245 Main Street,    Scranton, PA 18519-1641
15143089       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
15143090      ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
                (address filed with court: Nationwide Insurance,    One Nationwide Plaza,    Columbus, OH 43215)
15143091       +NCS / Nationwide,    6644 Valjean Ave.,    Suite 100,    Van Nuys, CA 91406-5816
15143092       +PHEAA/HCB,    Attn: Bankruptcy,    1200 N 7th St, 3rd Floor,    Harrisburg, PA 17102-1444
15143094       +Thomas Diertrich, DDS,    400 Jefferson Avenue,    Washington, PA 15301-4261
15143095       +Transworld Sys / Med Expresss Urgent Car,    Attn: Bankruptcy,    Po Box 15618,
                 Wilmington, DE 19850-5618

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 23 2020 04:11:43      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +EDI: PRA.COM Jan 23 2020 08:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15143082       +EDI: PHINAMERI.COM Jan 23 2020 08:43:00      AmeriCredit/GM Financial,    Attn: Bankruptcy,
                 Po Box 183853,    Arlington, TX 76096-3853
15143084       +EDI: CAPITALONE.COM Jan 23 2020 08:43:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
15143088       +EDI: CONVERGENT.COM Jan 23 2020 08:43:00      Convergent Outsourcing, Inc. / Sprint,
                 Attn: Bankruptcy,    Po Box 9004,    Renton, WA 98057-9004
15143363       +EDI: RMSC.COM Jan 23 2020 08:43:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15143093       +EDI: RMSC.COM Jan 23 2020 08:43:00      Synchrony Bank/Funancing,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
15143096       +EDI: WFFC.COM Jan 23 2020 08:43:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
15143097       +E-mail/Text: bankruptcy@firstenergycorp.com Jan 23 2020 04:12:06      West Penn Power,
                 P.O. Box 3687,    Akron, OH 44309-3687
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MIDFIRST BANK
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2020                                   Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: culy                  Page 2 of 2            Date Rcvd: Jan 22, 2020
                               Form ID: 318                Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
              David A. Rice    on behalf of Joint Debtor Taryn Ashley Dorchak ricelaw1@verizon.net,
               lowdenscott@gmail.com
              David A. Rice    on behalf of Debtor Justin Lloyd Dorchak ricelaw1@verizon.net,
               lowdenscott@gmail.com
              James  Warmbrodt     on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Pamela J. Wilson    pwilson@pjwlaw.net, pwilson@ecf.axosfs.com
                                                                                             TOTAL: 5
```